IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                                  CASE NO. 1:07-cr-00031-MP-AK

ROMAN GABRIEL DUCLOS,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 29, Motion to Consolidate Cases, filed by Defendant Duclos. A telephone hearing on this matter was held on Thursday, January 24, 2008. At the hearing Defendant stated that he is charged with two separate crimes in the Northern District of Florida, and Defendant moved for case numbers 1:07-cr-00031 and 1:07-cr-00033 to be consolidated for the purposes of judicial economy. Because these cases are scheduled for different trial dates, Defendant waived any speedy trial objection to allow consolidation. The Government did not object to the requested consolidation or continuation of the criminal cases before the Court. Therefore, the motion to consolidate is granted, and the trials in this case are rescheduled for Tuesday, March 4, 2008.

    **DONE AND ORDERED** this   *28th* day of January, 2008

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge