IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                         CASE NO. 1:07-cr-00031-MP-AK
                                  1:07-cr-00033-MP-AK

ROMAN GABRIEL DUCLOS,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 48, Motion to Continue Sentencing Hearing, filed by Defendant Roman Duclos. By prior order, the Court granted Defendant's Motion to Appoint Expert. Doc. 46. Because Defendant has not yet seen the appointed expert for a psychological evaluation, Defendant requests a continuance of his sentencing hearing. The Government does not object to the requested continuance. Therefore, the motion is granted, and the sentencing hearings in these cases are continued to a date to be set by separate notice.

**DONE AND ORDERED** this  *18th* day of July, 2008

                               *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge