IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:07-cr-00031-MP-AK

ROMAN GABRIEL DUCLOS,

Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on Doc. 50, Motion for Forfeiture of Property, filed by the United States of America. Being fully advised in the premises, the Court finds:

1. On September 25, 2007, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against Defendant, charging him with various violations of Titles 18, 21, and 26, United States Code.

2. The Indictment included a Forfeiture Count, pursuant to 21 U.S.C. § 853.

3. The United States seeks forfeiture of Real Property Located at 1924 NW 12th Terrace, Gainesville, Florida, with all improvements and appurtenances thereon, and more particularly described in the following legal description:

   COMMENCE 1,080 FEET NORTH OF THE SOUTHWEST CORNER OF THE NORTH HALF (N 1/2) OF SECTION THIRTY-TWO (32), TOWNSHIP NINE (9) SOUTH, RANGE TWENTY (20) EAST AND RUN EAST 171 FEET, THENCE NORTH 200 FEET TO THE POINT OF BEGINNING, THENCE EAST 129 FEET, THENCE SOUTH 100 FEET, THENCE WEST 129 FEET, THENCE NORTH 100 FEET TO TEH POINT OF BEGINNING, KNOWN AS LOT ONE (1) OF THE UNRECORDED PLAT OF "ILEX PARK";

   ALL OF THE ABOVE BEING RECORDED IN OFFICIAL RECORDS BOOK No. 529, PAGE No. 344, OF THE PUBLIC RECORDS OF ALACHUA COUNTY, FLORIDA;

   LESS THE WEST SEVENTEEN AND ONE-HALF FEET (17 1/2') OF THE ABOVE DESCRIBED PROPERTY.

4.   The United States is entitled to possession of the above-described property pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

1.   That based on the foregoing, Defendant's interest in the following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. § 853:

> **Real Property Located at 1924 NW 12th Terrace, Gainesville, Florida, with all improvements and appurtenances thereon, and more particularly described in Paragraph 3 above.**

2.   In accordance with the law, the United States shall cause to be published notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official Internet government forfeiture site, or receipt of actual notice, whichever is earlier. The United States shall:

  A.   State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the

    relief sought; and

  B. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

**DONE AND ORDERED** this __18th__ day of September, 2008

      _s/Maurice M. Paul_
      Maurice M. Paul, Senior District Judge