IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        CASE NO. 1:07-cr-00031-MP-AK

ROMAN GABRIEL DUCLOS,

    Defendant.

_____/

**Final Order of Forfeiture**

This matter is before the Court on Motion for Forfeiture of Property by USA as to Roman Gabriel Duclos, Doc. 58. On September 18, 2008, the Court entered a Preliminary Order of Forfeiture against 1924 N.W. 12th Terrace, Gainesville, FL. Doc. 52. On March 25, 2009, Renee Duclos, a claimant to that real property, agreed to sell the real property and forfeit half the proceeds to the United States. Doc. 58, Ex. A. Notice of the intended forfeiture was properly published, and no new person or entity has filed a claim. The property has been sold, and the value is now known. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The government's Motion for Forfeiture of Property is GRANTED.

2. The sum of $34,674.51 in lieu of real property located at 1924 N.W. 12th Terrace, Gainesville, Florida is condemned and forfeited to the government, and no right, title, or claim shall exist in any other party.

**DONE AND ORDERED** this __18th__ day of February, 2010

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge